**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Middle District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SeedAmerica Foundation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Business Reform Foundation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**34-3419378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**235 Apollo Beach Blvd.**<br>**Ste. 249**<br>**Apollo Beach, FL**<br>ZIP Code **33572** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
**Non-Profit**

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       *** Buddy D. Ford, Esquire 0654711 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **SeedAmerica Foundation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **SeedAmerica Foundation** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Buddy D. Ford, Esquire**
Signature of Attorney for Debtor(s)

**Buddy D. Ford, Esquire 0654711**
Printed Name of Attorney for Debtor(s)

**Buddy D. Ford, P.A.**
Firm Name

**115 N. MacDill Ave.**
**Tampa, FL 33609**
Address

**Email: Nancy@tampaesq.com**
**(813)877-4669  Fax: (813)877-5543**
Telephone Number

**March 24, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph D. Johnson**
Signature of Authorized Individual

**Joseph D. Johnson**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**March 24, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In the Matter of: }
} Chapter 11
SEEDAMERICA FOUNDATION, a Delaware }
Not-For-Profit corporation, }
} Case No: 8:10-bk-
Debtor }
}

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *JOSEPH D. JOHNSON*, declare under penalty of perjury that I am the Chief Executive Officer of **SEEDAMERICA FOUNDATION** (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Directors of said corporation at a special meeting duly called and held on the 23rd day of March, 2010.

"**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that *JOSEPH D. JOHNSON*, Chief Executive Officer, of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that *JOSEPH D. JOHNSON*, Chief Executive Officer, of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that *JOSEPH D. JOHNSON*, Chief Executive Officer, of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 115 N. MacDill Avenue, Tampa, Florida 33609*, to represent the corporation in such bankruptcy case."

Date: 3-23-1?   Signed: _____
JOSEPH D. JOHNSON, Chief Executive Officer

# United States Bankruptcy Court
## Middle District of Florida

In re  **SeedAmerica Foundation** ,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 24, 2010**

Signature  **/s/ Joseph D. Johnson**
**Joseph D. Johnson**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **SeedAmerica Foundation**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the Non-Profit named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 24, 2010**

**/s/ Joseph D. Johnson**
**Joseph D. Johnson**/**Chief Executive Officer**
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

SeedAmerica Foundation
235 Apollo Beach Blvd.
Ste. 249
Apollo Beach, FL 33572

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
115 N. MacDill Ave.
Tampa, FL 33609

Advanas Corp
235 Apollo Beach Blvd, #249
Apollo Beach, FL 33572

Ajilon Professional Staffing
Dept Ch 14031
Palatine, IL 60055-4031

Alpha Sentry Agency
8003 Benaroya Lane
PO Box 18214
Huntsville, AL 35802

Alphagraphics
5270 Peachtree Pkwy
Ste. 108-B
Norcross, GA 30092

American Electric Power
PO Box 24002
Canton, OH 44701-4002

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Andrew Hanscom
1843 Tradwinds Lane
Newport Beach, CA 92660

Ashley Balderson

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T Long Distance
P.O. Box 660688
Dallas, TX 75266-0688

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Balboa Capital
PO Box 514870
Los Angeles, CA 90051-4870

Bayview Loan Service
PO Box 3042
Milwaukee, WI 53201-3042

Bayview Loan Servicing
PO Box 3042
Milwaukee, WI 53201

Bayview Loan Servicing
PO Box 3042
Milwaukee, WI 53201-3042

BB&T
c/o Greenberg Traurig, LLP
77 W Wacker Dr., Ste.3100
Chicago, IL 60601

BB&T
c/o Heyl, Royster, Voelker
102 E. Main St., Ste.300
Urbana, IL 61801

BB&T Bankcard
PO Box 580340
Charlotte, NC 28258-0340

BB&T of GA
pO Box 580003
Charlotte, NC 28258-0003

Beverly Breen
410 Millers Court
Alpharetta, GA 30004

Bishop Heating & Air
2150 E Laketon
Muskegon, MI 49442-6224

Blackies Heating cooling &
408 W Fairchild Street
Danville, IL 61832-3841

Blue Ridge Mountain Water
PO Box 48509
Atlanta, GA 30362

Boaz Printing, Inc.
PO Box 600
340 Denson Avenue
Boaz, AL 35957

Breakthrough Technologies
182 Twickenham Trace
Suwanee, GA 30024

| | | |
|---|---|---|
| Bruce R. Conley<br>2463 Hamilton Mill Pkwy<br>#280-113<br>Dacula, GA 30019 | Buckeye Cable<br>PO Box 10027<br>Toledo, OH 43699-0027 | Buckeye Telesystems<br>PO Box 94536<br>Cleveland, OH 44101-4536 |
| Buddy's Electric<br>PO Box 297<br>Hartford, CT 06104 | BWC State Insurance Fund<br>Corp. Processing Dept<br>Columbus, OH 43271-0977 | C&S Contracting, LLC<br>5928 N Co Rd |
| Caleb G. Coker<br>450 Piedmont Ave<br>Atlanta, GA 30308 | Catawba County Tax Collector<br>PO Box 580510<br>Charlotte, NC 28258-0510 | Catherin C. Webb<br>1402 Marsh Trail Circle NE<br>Atlanta, GA 30328 |
| CB Richard Ellis, Inc.<br>311 S Wacker Drive<br>Ste. 400<br>Chicago, IL 60606-6619 | CBRE<br>c/o Matt Santos<br>111 Huntington Ave, 12th FL<br>Boston, MA 02199 | Ceridian<br>PO Box 10989<br>Newark, NJ 07193 |
| Chip Miller<br>1485 1st St. Pl. SE<br>Hickory, NC 28602 | Choicepoint<br>PO Box 105186<br>Atlanta, GA 30348 | Chris Brooks<br>3260 Moorstead Way<br>Cumming, GA 30041 |
| Chris St. John<br>5923 Vista Road<br>Toledo, OH 43611-1045 | Chris Zimmerman<br>399 Overlook Drive<br>Waterville, OH 43566 | Christine Wunderlich<br>5445 McGiinis Village Place<br>Alpharetta, GA 30005 |
| City of East Providence Tax<br>145 Taunton Ave<br>East Providence, RI 02914 | City of Hickory<br>PO Box 398<br>Hickory, NC 28603 | City of Norton Shores<br>2743 Henry St, #302<br>Muskegon, MI 49441 |
| City of Owosso<br>301 W Main Street<br>Owosso, MI 48867 | City of Palestine<br>504 North Queen St.<br>Palestine, TX 75801 | City of Perrysburg<br>211 E. Boundary St.<br>Perrysburg, OH 43551 |
| Clark Electric, Inc.<br>187 Uran St.<br>Hillsdale, MI 49242 | Clyde A. Tellcok, Treasure<br>Saupaca County<br>811 Harding Street<br>Waupaca, WI 54981 | Coleman Water & Sewer<br>202 E. Main St.<br>PO Box 52<br>Coleman, WI 54112 |

Columbia Gas  
P.O. Box 9001847  
Louisville, KY 40290-1847

Companion Life  
PO Box 100102  
Columbia, SC 29202

Complete Printing  
1800 Sandy Plains Pkwy  
Bldg 100  
Ste. 124  
Marietta, GA 30066

Consumers Energy

Cort Furniture  
2850 Barrett Lakes Blvd  
Ste. 300  
Kennesaw, GA 30144

Costar  
PO Box 791123  
Baltimore, MD 21279

Cuyahoga County Treasurer  
1219 Ontario St  
Cleveland, OH 44113

Dane Becker  
135 Howser Mill Place  
Dawsonville, GA 30534

Danny Wade  
5445 McGinnis Village Place  
Alpharetta, GA 30005

David Darrone  
10 Spruce ST.  
Londonderry, NH 03053

David Passman

Day Ketterer  
Millennium Center-Suite 300  
200 Market Avenue North  
Canton, OH 44702

Dept. of Justice, Tax Div  
PO Box 14198  
Benjamin Franklin Station  
Washington, DC 20044

Dept. of Labor & Security  
Hartman Building, Ste. 307  
2012 Capital Circle S.E.  
Tallahassee, FL 32399-0648

DTE Energy  
PO Box 2859  
Detroit, MI 48260-0001

Duke Energy  
PO Box 9001076  
Louisville, KY 40290-1076

Eland Electric  
3154 Holmgren Way  
Green Bay, WI 54304

Embarq  
P.O. Box 96064  
Charlotte, NC 28296

Fayette Township Treasurer  
211 North Street  
Jonesville, MI 49250

Franklin Neuberger  
28911 Pine Hill Drive  
Spring, TX 77381

Fred Burtsscher  
1450 Riverwalks Ct  
Waterville, OH 43566

Fred Zemke  
225 N 3rd Street  
Hoopeston, IL 60942

George L. Manning  
3990 Steinhaure Road  
Marietta, GA 30066

Georgia Chamber of Commerce  
P.O. Box 102676  
Atlanta, GA 30368-0676

Georgia Natural Gas  
PO Box 659411  
San Antonio, TX 78265-9411

Georgian Bank  
11575 Haynes Bridge Road  
Alpharetta, GA 30004

Gerry Price  
31052 Via Santo Thomas  
San Juan Capistrano, CA 92675

| | | |
|---|---|---|
| Greene Investments, Inc.<br>5450 McGinnis Village Place<br>Alpharetta, GA 30005 | Greenville Water Commission<br>P.O. Box 368<br>Greeneville, TN 37744 | Gulf Coast Bank<br>200 St. Charles Ave<br>New Orleans, LA 70130 |
| Hal D Hayes<br>37 Southerland Road<br>Savannah, GA 31411 | Harvard Business Services<br>16192 Coastal Hight<br>Lewes, DE 19958 | Hernando Ortegon<br>2280 Lexington Lane<br>Cumming, GA 30040 |
| Hogan Assessment Systems<br>Dept. No. 55<br>P.O. Box 21228<br>Tulsa, OK 74121 | Hoover's Inc<br>PO Box 671032<br>Dallas, TX 75267-1032 | Innovative Systems<br>3409 Spindletop Drive<br>Kennesaw, GA 30144-7405 |
| Integrys Energy Services,Inc<br>PO Box 19046<br>Green Bay, WI 54307-9046 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Internal Revenue Service<br>Special Procedures Staff<br>400 W. Bay St., Stop 5720<br>Jacksonville, FL 32202 |
| Internal Revenue Service<br>PO Box 2508<br>Cincinnati, OH 45201 | Irma Celestino<br>Sandusky County Treasurer<br>100 N. Park Ave.<br>Ste. 227<br>Fremont, OH 43420 | Jack Benninghofen<br>1623 Ansonborough Drive<br>Chesterfield, MO 63017 |
| Jerry Corbier<br>12564 Lynwood Blvd<br>Carmel, IN 46033 | Joseph D. Johnson<br>235 Apollo Beach Blvd, #249<br>Apollo Beach, FL 33572 | Karen Buckley-Washington<br>1030 Grace Drive<br>Lawrenceville, GA 30043 |
| Ken Du Plooy<br>182 Twicker Ham Trace<br>Suwanee, GA 30024 | Ken Pujdak<br>280 Lynn Road<br>Taylors, SC 29687 | Kenneth Du plooy<br>182 Twickenham Trace<br>Suwanee, GA 30024 |
| Kevin Sims<br>2801 Gunkel Blvd<br>Toledo, OH 43606 | Kevin W White<br>548 Hickory Hills Court<br>Stone Mountain, GA 30083 | Klaver's Lawn Care<br>W5930 Willow Lane<br>Porterfield, WI 54159 |
| Landamerica Valuation Corp<br>Stt Commercial Svcs<br>PO Box 27567<br>Richmond, VA 23261 | Larry Dale Frank<br>2280 Doty Road<br>Osseo, MI 49266 | Lee Roofing<br>5900 South Rogers<br>Bloomington, IN 47403-4664 |

| | | |
|---|---|---|
| Lexis Nexis<br>PO Box 2314<br>Carol Stream, IL 60132 | Lindsay Green<br>5145 Bilby Way<br>Sylvania, OH 43560 | Lindsay Johnson<br>235 Apollo Beach Blvd, #249<br>Apollo Beach, FL 33572 |
| Lisa G. Current<br>4110 Bradford Walk Trail<br>Buford, GA 30519 | Lockhart Industries<br>9610 Skillman Street<br>Dallas, TX 75243 | Lookout Leasing<br>PO Box 4119<br>Chattanooga, TN 37405 |
| Mainsource Bank<br>521 N State Street North<br>North Vernon, IN 47265-1041 | Mary Young<br>5345 Agate Place<br>Lewis Center, OH 43035 | Matthew D Conaway<br>5002 Summerwood<br>Alpharetta, GA 30005 |
| McCarty Group<br>36 Usher Terrace<br>Bristol, RI 02809 | Melchior Building Company<br>900 W. S. Boundary<br>Building 5A<br>Perrysburg, OH 43551-5235 | Metzgers<br>207 Arco Drive<br>Toledo, OH 43607-2906 |
| Michael Wade<br>80 Shenandoah Drive<br>Winder, GA 30680 | Michale Williams | Michigan Dept. of Labor &<br>Economic Growth<br>Bureau of Commericial Servic<br>Lansing, MI |
| Michigan Gas<br>PO Box 659580<br>San Antonio, TX 78265 | Midwest Natural Gas<br>PO Box 707<br>Scottsburg, IN 47170 | Monster, Inc.<br>PO Box 90364<br>Chicago, IL 60696 |
| Montford O Burgess III<br>3270 Bagley Drive<br>Atlanta, GA 30341 | Moose Logistics<br>1770 Indian Trail<br>Ste. 200<br>Norcross, GA 30093 | MSA<br>PO Box 4119<br>Chattanooga, TN 37405 |
| National City Bank<br>PO Box 856176<br>Louisville, KY 40285-6176 | National Grid<br>Processing Center<br>Woburn, MA 01807 | National Grid<br>300 Erie Blvd.<br>Syracuse, NY 13252 |
| National Security & Fire Ala<br>65 Newport Ave. E.<br>Rumford, RI 02916 | Nicole E. Linke<br>605 W Broadway<br>Maumee, OH 43537 | North Vernon Utilities<br>275 Main St<br>North Vernon, IN 47265-1500 |

| | | |
|---|---|---|
| Ohio Edison<br>P.O. Box 3637<br>Akron, OH 44309-3637 | Otis Elevator Comopany<br>PO box 73579<br>Chicago, IL 60673-7579 | Pamela M. Thompson<br>161 Upshaw Road<br>Alpharetta, GA 30004 |
| Patrick Queen<br>124 Northcliff Way<br>Greenville, SC 29617 | Paul Barnes<br>19830 Cross Creek Rd<br>Bowling Green, OH 43402 | Perry Town Square Condo<br>PO Box 482<br>Perrysburg, OH 43552 |
| Phase II Electric, Inc.<br>4733 Airline Road<br>Muskegon, MI 49444 | Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Princrest National Funding<br>509 Madison Avenue<br>15th Floor<br>New York, NY 10022-5501 |
| Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Rainmaker Associates LLC<br>P.O. Box 1508<br>Herndon, VA 20172 | Registered Agent<br>Harvard Business Svc<br>16192 Coastal Hwy<br>Lewes, DE 19958 |
| Reteper C. Littleton<br>3917 Airport Hwy #21<br>Toledo, OH 43615 | Robert Holmes<br>41 Abbott Run Valley Road<br>Cumberland, RI 02864 | Robert J. Lehew & Assoc<br>400 Lexington Ave<br>Mansfield, OH 44907 |
| Robert J. McCarthy<br>W9281 Cty B West<br>Coleman, WI 54112 | Robert Wachter<br>7701 Woodmere Drive<br>Harrisburg, NC 28075 | RPS JDC, Inc.<br>PO Box 975203<br>Dallas, TX 75397 |
| RSG - Contracting Division<br>96 Stedman st<br>Lowell, MA 01851 | RSV Engineering, Inc.<br>146 East Milwauke St<br>PO Box 298<br>Jefferson, WI 53549-0298 | Russell A Wahl, III<br>2452 Lyons Road<br>Owosso, MI 48867-9770 |
| Sandi L Morris<br>1104 Thornborough Drive<br>Alpharetta, GA 30004 | Sarah Brokamp<br>202 S Sullivan Drive<br>Haskins, OH 43525 | Schneider Services<br>540 East County Road 450 N<br>North Vernon, IN |
| Scottsboro Water<br>Sewer and Gas Board<br>P.O. Box 550<br>Scottsboro, AL | Securities & Exchange Comm<br>Branch of Reorganization<br>3475 Lenox Rd NE, St. 1000<br>Atlanta, GA 30326 | Selling Among Wolves<br>PO Box 19888<br>Sarasota, FL 34276-2888 |

| | | |
|---|---|---|
| Sharpe Interior System Inc.<br>11693-8 Sheldon Ave | Sheehan Hutchison Keenan<br>6805 Avery-Murfield Drive<br>Ste. 200<br>Dublin, OH 43016-7183 | Shirley Sibaugh<br>2159 Tarragon Drive<br>West Salem, OH 44287-9157 |
| Southerland's Lawn Service<br>570 McCoy Road<br>Greenville, TN | Southern Roofing Inc.<br>770 Jonesville Rd<br>Columbus, IN 47202 | Standard Funding Corp<br>335 Crossways Park Dr<br>Woodbury, NY 11797 |
| Steve Alves<br>110 Greenbriar Lane<br>Dillsburg, PA 17019 | Steve Shelby<br>3930 Homestead Ridge Dr.<br>Cumming, GA 30041 | Sue Stine, Tax Collector<br>PO Box 730<br>Danville, IL 61834-0730 |
| Summit Lawn Care & Snow Plow<br>171 E Sternberg<br>Muskegon, MI 49441 | Suzie Petrusch<br>2403 Wistful Way<br>Marietta, GA 30066 | T&L Lawncare<br>305 E Main Street<br>Hoopeston, IL 60942 |
| Teh Harford<br>PO Box 2907<br>Hartford, CT 06104 | Terry Rutherford<br>1645 E Co Rd<br>Paoli, IN 47454 | Tex Torrez Lawn Service<br>PO Box 77<br>Palestine, TX 75802 |
| Tim Dawson<br>5445 McGinnis Village<br>Alpharetta, GA 30005 | Tim Holcomb Lawn Care<br>4963 County Road 44<br>Section, AL 35771 | Toledo Edison<br>PO Box 3638<br>Akron, OH 44309 |
| Tom Brown<br>8325 Hemlock Ridge Road<br>Blowing Rock, NC 28605 | Town of Clinton<br>242 Church St<br>Clinton, MA 01510 | TXU Energy<br>PO Box 660354<br>Dallas, TX 75266-0354 |
| U.S. Attorney General<br>10th St.&Constitution Ave.NW<br>Washington, DC 20530 | U.S. Attorneys' Office<br>Attn: Civil Process Clerk<br>400 N. Tampa St., Ste. 3200<br>Tampa, FL 33602 | US Bank<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| Valerie L. Kingma<br>11783 Jarvis<br>Livonia, MI 48150 | Verizon Wireless<br>PO Box 15062<br>Albany, NY 12212 | Verizon Wireless<br>PO Box 9688<br>Mission Hills, CA 91346 |

| | | |
|---|---|---|
| Village of Jonesville<br>265 E Chicago St<br>Jonesville, MI 49250 | Village of Medina<br>119 Park Ave<br>Medina, NY 14103 | Visual Advantage<br>PO Box 1221<br>13010 Five Point Road<br>Perrysburg, OH 43552 |
| Vulcan Fire Systems<br>3330 Gilmore Industrial Blvd<br>Louisville, KY 40213 | Waupaca County Treasurer<br>PO Box 633<br>Waupaca, WI 54981-0663 | Webex Communications, Inc.<br>PO Box 49216<br>San Jose, CA 95161-9216 |
| Wextrust Capital<br>114 W 47th St, 20th FL<br>New York, NY 10036 | William A. Dorsey<br>3880 Pebble Beach Drive<br>Atlanta, GA 30349 | Wilson Mutual<br>P.O. Box 1028<br>Sheboygan, WI 53082 |
| Wisconsin Public Service Cor<br>PO Box 19003<br>Greenbay, WI | WSG Scottsboro<br>404 E. Willow St.<br>Scottsboro, AL 35768 | Wyatt Isabel<br>1121 E Irvin Drive<br>Memphis, TN 38119 |
| XO Communications<br>8851 Sandy Pkwy<br>Sandy, UT 84070 | | |

# United States Bankruptcy Court
## Middle District of Florida

In re  **SeedAmerica Foundation**  
Debtor(s)

Case No. _____  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **20,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify): **Additional fees or costs after depletion of the retainer, if any, shall be applied for**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 24, 2010**

**/s/ Buddy D. Ford, Esquire**  
**Buddy D. Ford, Esquire 0654711**  
**Buddy D. Ford, P.A.**  
**115 N. MacDill Ave.**  
**Tampa, FL 33609**  
**(813)877-4669   Fax: (813)877-5543**  
**Nancy@tampaesq.com**

---